E. & Z. VAN RAALTE, INC., Appellant, v. ARIANA MERRILL WOODBURY and Others, as Executors, etc., of FREDERICK P. MERRILL, Deceased, Respondents.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve a further amended complaint within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion.  Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORRIS SILFAN and Another, Appellants.— Judgment affirmed.  No opinion.  Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

SAMUEL REICH and Another, Respondents, v. EMPIRE WASTE COMPANY, INC., Appellant.— Judgment affirmed, with costs.  No opinion.  Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

OSCAR MINTZ, Respondent, v. ABRAHAM PORTER, Appellant, and Others, as Copartners, etc.— Judgment and order affirmed, with costs.  No opinion.  Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

SAMUEL BRODY, Respondent, v. ALFRED GINSBERG, Appellant.— Judgment and order affirmed, with costs.  No opinion.  Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

SAVA REALTY CORPORATION, Appellant, v. MORRIS W. GITLITZ, Respondent.— Judgment affirmed, with costs.  No opinion.  Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

DANIEL J. CAMPAU, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Judgment and order affirmed, with costs.  No opinion.  Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

CLARENCE H. VENNER, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Judgment and order affirmed, with costs.  No opinion. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

RECORD HOLDING COMPANY, INC., Respondent, v. PETTIT, MARSHALL & Co., INC., Appellant, Impleaded with Another.— Judgment and order affirmed, with costs.  No opinion.  Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

ROSA BRAUN, Respondent, v. NEW YORK, NEWFOUNDLAND AND HALIFAX STEAMSHIP COMPANY, LTD., Appellant.— Judgment and order affirmed, with costs.  No opinion.  Present — Clarke, P. J., Smith, Merrell, Greenbaum and Finch, JJ.

LESTER HESS, Respondent, v. SOUTHERN PACIFIC STEAMSHIP COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

CHRISTMAS CLUB (A Corporation), Respondent, v. NORTH SIDE SAVINGS BANK, Appellant.— Order modified by striking out from paragraph 12 of the complaint the allegation in regard to the agreement to indemnify and hold harmless, and as so modified affirmed, without costs. (See *Murphy* v. *National City Bank*, opinion by Page, J. [203 App. Div. 571], handed down Dec. 1, 1922.)  Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

CARMINE GIBBIA, an Infant, etc., v. HYMAN SKLAMBERG.  SALVATORE GIBBIA v. HYMAN SKLAMBERG.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.